# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MOHAMMED SIDDIG                                                                                         PLAINTIFF

v.                                              No. 4:15CV00464-JLH-JTK

DEPUTY NEALD, et al.                                                                                DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Complaint against Defendants is DISMISSED without prejudice, for failure to state a claim upon which relief may be granted.

2. This dismissal constitutes a "strike" within the meaning of the PLRA.

3. The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 21st day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE