**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MOHAMMED SIDDIG                                                                    PLAINTIFF

v.                                          No. 4:15CV00464-JLH-JTK

DEPUTY NEALD, et al.                                                             DEFENDANTS

## <u>JUDGMENT</u>

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and

Adjudged that this case be,  and it is hereby, DISMISSED without prejudice, for failure to state a

claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying

Order dismissing this action would not be in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 21st day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE